FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 28, 2015

Shannon Brady Geihsler
Attorney at Law
1001 Main Street, Suite 803
Lubbock, TX 79401-3322
* DELIVERED VIA E-MAIL *

Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00360-CR
Trial Court Case Number: 2014-401,146

**Style:** Shelly Blair v. The State of Texas

Dear Counsel:

The following was filed Wednesday, January 28, 2015 in the captioned appeal:

Reporter's Record (12 volumes)

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc: Barbara Sucsy (DELIVERED VIA E-MAIL)
Honorable Bradley S. Underwood (DELIVERED VIA E-MAIL)
Janette Bills (DELIVERED VIA E-MAIL)